**LAW OFFICES OF RAHUL WANCHOO** (RW-8725)
Attorneys for Plaintiffs
357 Westfield Avenue
Ridgewood, NJ 07450
Tel. (201) 882-0303
Fax. (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MINMETALS SPAIN S.A. and CHINA NATIONAL
METAL PRODUCTS IMPORT & EXPORT CO.

                            Plaintiffs,

- against -

HAWKNET LTD.

                            Defendant.

-----------------------------------------------------------X

JUDGE KOELTL

ECF CASE

07 CV 3250

FED. R. CIV. P.
§7.1 STATEMENT



Pursuant to Fed. R. Civ. P. §7.1(a), the undersigned attorney of record for Plaintiffs certifies that Plaintiffs have no U.S. corporate parents or publicly held corporations owning 10% or more of their stock.

Dated: New York, New York
       April 23, 2007

                                          **LAW OFFICES OF RAHUL WANCHOO**
                                          Attorneys for Plaintiffs
                                          MINMETALS SPAIN S.A. and CHINA
                                          NATIONAL METAL PRODUCTS IMPORT &
                                          EXPORT CO.

                                          By: _____
                                                  Rahul Wanchoo (RW-8725)