Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MINMETALS SPAIN S.A. and CHINA NATIONAL METAL PRODUCTS IMPORT & EXPORT CO.,**<br><br>                              Plaintiffs,<br><br>-against-<br><br>**HAWKNET LTD.,**<br><br>                              Defendant. | 07 CV 3250 (JGK)<br><br>Electronically Filed<br><br><br>RULE 7.1 STATEMENT |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Hawknet Ltd. hereby represents to this Honorable Court that said defendant does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:  New York, NY
         May 1, 2007

                                      BURKE & PARSONS
                                      Attorneys for Defendant
                                      HAWKNET LTD.

                                      By_/s/ Keith W. Heard_____
                                         Keith W. Heard (KH-8578)

                                      100 Park Avenue
                                      New York NY  10017-5533
                                      (212) 354-3800