Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MINMETALS SPAIN S.A. and CHINA
NATIONAL METAL PRODUCTS
IMPORT & EXPORT CO.,

          Plaintiffs,

-against-

HAWKNET LTD.,

          Defendant.

07 CV 3250 (JGK)

STIPULATION AND ORDER
FOR SECOND PARTIAL
RELEASE OF FUNDS
UNDER ATTACHMENT

---

    WHEREAS, plaintiffs obtained an order from this Court dated April 24, 2007 authorizing issuance and service of Process of Maritime Attachment and Garnishment ("Process") on JP Morgan Chase Bank and other banks in this District; and

    WHEREAS, as a result of the service of said Process on JP Morgan Chase Bank, funds in the amount of $1,561,738.51 have been attached at said bank; and

    WHEREAS, plaintiffs and defendants reached an agreement to resolve the maritime dispute that forms the basis for this action; and,

WHEREAS, pursuant to the settlement between plaintiffs and defendant, JP Morgan Chase Bank previously released $500,000 out of the total amount attached, while continuing to hold the balance of $1,061,738.51, pending further order of this Court.

WHEREAS, pursuant to the aforementioned settlement, plaintiffs have now agreed that JP Morgan Chase Bank should immediately release a second tranche of $500,000, while continuing to hold the balance of $561,738.51, pending further order of this Court.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties hereto that an Order should be entered in this action instructing JP Morgan Chase Bank, as garnishee, to (a) release $500,000 from the attachment obtained by plaintiffs pursuant to Process issued by this Court, with defendant's counsel to provide wire transfer instructions to the bank for remittance of the $500,000 directly to defendant and (b) continue to hold the balance of $561,738.51, pending further order of this Court.

Dated:  New York, NY
        May 22, 2007

LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiffs
Minmetals S.A. and China National Metals
Products Import & Export Co.

By *Rahul Wanchoo*
Rahul Wanchoo (RW-8725)

BURKE & PARSONS
Attorneys for Defendant
HAWKNET LTD.

By *Keith W. Heard*
Keith W. Heard (KH-8578)

SO ORDERED:

DATED: May 23, 2007

*Loretta A. Preska*
U.S.D.J.
Part I

O:\CM\8993_JP5\BP_DOC\0037.DOC