Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MINMETALS SPAIN S.A. and CHINA NATIONAL METAL PRODUCTS IMPORT & EXPORT CO.,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**HAWKNET LTD.,**<br><br>**Defendant.** | **07 CV 3250 (JGK)**<br><br>**STIPULATION AND ORDER FOR FOURTH AND FINAL RELEASE OF FUNDS UNDER ATTACHMENT AND FOR DISCONTINUANCE** |

WHEREAS, plaintiffs obtained an order from this Court dated April 24, 2007 authorizing issuance and service of Process of Maritime Attachment and Garnishment ("Process") on JP Morgan Chase Bank and other banks in this District; and

WHEREAS, as a result of the service of said Process on JP Morgan Chase Bank, funds in the amount of $1,561,738.51 were attached at said bank; and

WHEREAS, plaintiffs and defendants reached an agreement to resolve the maritime dispute that forms the basis for this action; and,

WHEREAS, pursuant to the settlement between plaintiffs and defendant, JP Morgan Chase Bank previously released $1,461,738.51 out of the total amount attached, while continuing to hold the balance of $100,000, pending further order of

this Court.

WHEREAS, pursuant to the aforementioned settlement, plaintiffs have now agreed that, in return for alternate security arranged privately between plaintiffs and the defendant, JP Morgan Chase Bank should immediately release the balance of $100,000.00.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties hereto that an Order should be entered in this action instructing JP Morgan Chase Bank, as garnishee, to release the final balance of $100,000 from the attachment obtained by plaintiffs pursuant to Process issued by this Court, with defendant's counsel to provide wire transfer instructions to the bank for remittance of the $100,000 directly to defendant; and,

IT IS FURTHER STIPULATED AND AGREED that, this action having been resolved between the parties, the action is hereby discontinued with prejudice and without costs to any party as against another, and an order to that effect may be entered herein without further notice.

Dated: New York, NY
September 13, 2007

LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiffs
Minmetals S.A. and China National
Metals
Products Import & Export Co.

By [signature]
Rahul Wanchoo (RW-8725)

BURKE & PARSONS
Attorneys for Defendant
HAWKNET LTD.

By [signature]
Keith W. Heard (KH-8578)

SO ORDERED:

DATED:

[signature]
U.S.D.J.